STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. RALPH WESLEY PUCKETT, DEFENDANT-APPELLANT.

Argued March 6, 1961—Decided May 8, 1961.

*Mr. James Dorment, Jr.,* argued the cause for the defendant-appellant.

*Mr. Melvin P. Antell,* Special Legal Assistant Prosecutor, argued the cause for the plaintiff-respondent (*Mr. Brendan T. Byrne,* County Prosecutor of Essex County, attorney; *Mr. Milton N. Diamond,* of counsel and on the brief).

The opinion was delivered

PER CURIAM. The defendant appeals from a judgment of the Appellate Division affirming his conviction of unlawful possession of narcotics in violation of *R. S.* 24:18–4. As to the issues raised before the Appellate Division, we agree with its determination for the reasons expressed in its opinion reported in 67 *N. J. Super.* 365 (1960). The additional arguments advanced by the defendant on this appeal were considered and rejected by this court today in *State v. Reed,* 34 *N. J.* 554 (1961). Accordingly, the judgment of conviction is affirmed.

*For affirmance*—Chief Justice WEINTRAUB, and Justices JACOBS, FRANCIS, PROCTOR, HALL and SCHETTINO—6.

*For reversal*—None.